IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEVIN ERIC LAMM,**

    *Plaintiff*,

v.                            Case No.: 4:21cv416-MW/MJF

**FLORIDA DEPARTMENT OF CORRECTIONS,**

    *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for lack of subject-matter jurisdiction." The Clerk shall close the file.

**SO ORDERED on December 6, 2021.**

                                                s/Mark E. Walker         
                                                **Chief United States District Judge**